In the Matter of the Estate of ISABELLA H. CURTIN, Deceased. JAMES HERRON et al., Appellants; PATRICK CURTIN, as Administrator of the Estate of ISABELLA H. CURTIN, Deceased, Respondent.— In a proceeding by an administrator for leave to compromise a claim for damages for the wrongful death of the intestate, objectants, the intestate's adult children, appeal from an order of the Surrogate's Court, Queens County, dated December 28, 1959, authorizing the administrator to compromise said claim on the ground that he, individually, is entitled to the entire recovery. Objectants also appeal from the decision of said court, dated December 17, 1959, on which the order appealed from was entered. Order affirmed, without costs. No opinion. Appeal from decision dismissed. No appeal lies from a decision (*Gitter* v. *Schiff,* 10 A D 2d 974). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of the Arbitration between JUNE FORTE, an Infant, by Her Guardian ad Litem, OLGA FORTE, et al., Respondents, and COSMOPOLITAN MUTUAL INSURANCE COMPANY, Appellant.— In a proceeding to compel arbitration under the terms of an automobile liability insurance policy, whereby the insurer agreed to pay to the insured the damages which the insured is legally entitled to recover from the owner or operator of an uninsured automobile, the insurer appeals from an order of the Supreme Court, Nassau County, dated November 22, 1960, granting petitioners' motion to compel it to submit to arbitration. Order affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

In the Matter of the Probate of the Will of SIDNEY A. HORTON, Deceased. A. DOROTHY HORTON, as Administratrix of the Estate of EDWIN HORTON, Deceased, Appellant; RAYMOND WILSON et al., Respondents.— In a contested probate proceeding, the objectant appeals from a decree of the Surrogate's Court, Suffolk County, dated September 12, 1960, which, *inter alia,* admitted the propounded instrument to probate, after a nonjury trial. Decree affirmed, with costs to petitioners payable out of the estate. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

In the Matter of MARVIN ROSENBLUM, Petitioner, v. STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Proceeding under article 78 of the Civil Practice Act to review and annul a determination made June 3, 1960, by respondent, the Commissioner of the Police Department of the City of New York, dismissing petitioner from said department, and to direct petitioner's reinstatement. By order of the Supreme Court, Kings County, made September 21, 1960, pursuant to section 1296 of the Civil Practice Act, the proceeding was transferred to this court for disposition. Determination confirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.